IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DRUSELLA JOHNSON** **PLAINTIFF**
**and JERRY JOHNSON**

v.  CASE NO. 4:19-CV-00083 BSM

**DEUTSCHE BANK**
**NATIONAL TRUST COMPANY, as Trustee;**
**NEW CENTURY MORTGAGE CORPORATION;**
**and HERB MILLER,**
**CEO of NEW CENTURY MORTGAGE** **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of May 2019.

_____
UNITED STATES DISTRICT JUDGE